Certificate Number: 15322-PAW-DE-037092916

Bankruptcy Case Number: 22-22004



15322-PAW-DE-037092916

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 9, 2023</u>, at <u>11:13</u> o'clock <u>AM CST</u>, <u>Shelby L Hodge</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>January 9, 2023</u>          By:   <u>/s/Arleni Gonzalez</u>

Name:   <u>Arleni Gonzalez</u>

Title:   <u>Certified Credit Counselor</u>