**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Shelby L. Hodge, Debtor | Bankruptcy No. 22-22004-CMB |
| | Chapter 7 |

Shelby L. Hodge, Movant

    v.

Discover Bank, Respondent

## CERTIFICATE OF SERVICE

I, Michael S. Lazaroff, Esquire, of 277 West Main St., PO Box 216, Saxonburg, PA 16056

CERTIFY:

That I am at least 18 years of age;

That on the 9th day of January, 2023, I served a copy of the *Motion to Avoid Judgment Lien* along with the *Notice of Hearing With Response Deadline* filed in this proceeding on:

| | |
|---|---|
| Office of the U.S. Trustee | Jeffrey Sikirica, Chapter 7 Trustee |
| via CM/ECF e-mail noticing | via CM/ECF e-mail noticing |

and on the Respondent in this proceeding, by U.S. mail, postage pre-paid, at the following addresses:

| By Certified and First Class U.S. Mail: | By First Class U.S. mail: |
|---|---|
| Roger C. Hochschild, CEO | Matthew W. Pomy, Esquire |
| Discover Bank | Weltman, Weinberg & Reis |
| PO Box 80943 | 436 Seventh Ave., Ste 2500 |
| Salt Lake City, UT 84103 | Pittsburgh, PA 15219-1842 |

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on: January 9, 2023

/s/ *Michael S. Lazaroff*
Michael S. Lazaroff, Esquire
PA ID No. 204494

277 West Main St., PO Box 216
Saxonburg, PA 16056
724-352-4905
ButlerDebtLaw@zoominternet.net

Counsel for Debtor/Movant