**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Shelby L. Hodge, Debtor | Bankruptcy No. 22-22004-CMB<br>Chapter 7 |

Shelby L. Hodge, Movant

    v.

Absolute Resolution Investments, LLC, Respondent

## CERTIFICATE OF SERVICE

I, Michael S. Lazaroff, Esquire, of 277 West Main St., PO Box 216, Saxonburg, PA 16056

CERTIFY:

That I am at least 18 years of age;

That on the 9th day of January, 2023, I served a copy of the *Motion to Avoid Judgment Lien* along with the *Notice of Hearing With Response Deadline* filed in this proceeding on:

| | |
|---|---|
| Office of the U.S. Trustee<br>via CM/ECF e-mail noticing | Jeffrey Sikirica, Chapter 7 Trustee<br>via CM/ECF e-mail noticing |

and on the Respondent in this proceeding, by U.S. mail, postage pre-paid, at the following addresses:

| By Certified and First Class U.S. Mail: | By First Class U.S. mail: |
|---|---|
| Robert Johnson, CEO<br>Absolute Resolution Investments, LLC<br>8000 Norman Center Dr. #350<br>Bloomington, MN 55437 | Matthew J. Martello, Esquire<br>Pressler, Felt & Warshaw, LLP<br>7 Entin Road<br>Parsippany, NJ 07054-5020 |

I certify under the penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: January 9, 2023 | /s/ *Michael S. Lazaroff*<br>Michael S. Lazaroff, Esquire<br>PA ID No. 204494<br><br>277 West Main St., PO Box 216<br>Saxonburg, PA 16056<br>724-352-4905<br>ButlerDebtLaw@zoominternet.net<br><br>Counsel for Debtor/Movant |