**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Shelby L. Hodge, Debtor | Bankruptcy No.  22-22004-CMB<br>Chapter 7 |
| Shelby L. Hodge, Movant | Related to Doc. No. 23, 24 |
| v. | |
| Absolute Resolution Investments, LLC, Respondent | |

### CERTIFICATE OF NO OBJECTION TO MOVANT'S MOTION TO AVOID JUDGMENT LIEN

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the *Motion to Avoid Lien* in this matter has been received.  A true and correct copy of the *Motion to Avoid Lien*, together with a *Notice of Hearing And Response Deadline Regarding Debtor's Motion to Avoid Lien,* was served upon the Respondent on January 9, 2023.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the *Motion* appears thereon.  Pursuant to the Notice of Hearing, objections to the Movant's *Motion* were to be filed and served no later than January 26, 2023.

The undersigned respectfully requests that the Court grant the *Motion to Avoid Lien* and enter the appropriate Order.

Date:  February 3, 2023

/s/ Michael S. Lazaroff
Michael S. Lazaroff, Esquire
PA ID No. 204494

Law Office of Michael S. Lazaroff
277 West Main St., PO Box 216
Saxonburg, PA 16056-0216
724-352-4905

ButlerDebtLaw@zoominternet.net

Counsel for Debtor/Movant