IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Shelby L. Hodge, Debtor

Shelby L. Hodge, Movant

v.

Absolute Resolution Investments, LLC, Respondent

Bankruptcy No. 22-22004-CMB
Chapter 7

Related to Doc. No. 23

**ENTERED BY DEFAULT**

### ORDER ON MOTION TO AVOID JUDGMENT LIEN

AND NOW, this __6th__ day of __February__, 2023, upon consideration of the Debtor's *Motion to Avoid Judgment Lien* and hearing in open Court, it is

ORDERED that the above captioned *Motion* is GRANTED. The judicial lien held by Absolute Resolution Investments, LLC at Butler County Court of Common Pleas docket number CP 20-20999 in the amount of $1,955.92 is avoided in its entirety. Debtor's real property is released from the liens and/or security interests of Absolute Resolution Investments, LLC.

A copy of this Order shall be filed with the Prothonotary of Butler County, Pennsylvania. The Prothonotary shall mark its records as the lien being avoided.

FILED
2/6/23 9:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmr
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-22004-CMB

Shelby L Hodge Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 06, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shelby L Hodge, 187 North Road, Butler, PA 16001-0231 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15524171 | Email/Text: signed.order@pfwattorneys.com | Feb 06 2023 23:40:00 | Absolute Resolutions VI, LLC, c/o Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Gas Company f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com PA59@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 06, 2023 | Form ID: pdf900 | Total Noticed: 2 |

Michael S. Lazaroff
    on behalf of Debtor Shelby L Hodge butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 5